■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO DIAZ, Appellant. [29 NYS3d 823]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Braun, J.), imposed November 16, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Guarchaj*, 122 AD3d 878, 879 [2014]; *People v Brown*, 122 AD3d 133, 140 [2014]; *People v Pressley*, 116 AD3d 794, 795-796 [2014]; *People v Pelaez*, 100 AD3d 803, 803-804 [2012]), and thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (see *People v Suitte*, 90 AD2d 80 [1982]; *People v Roman*, 84 AD2d 851 [1981]). Eng, P.J., Rivera, Hall, Austin and Cohen, JJ., concur.